# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE DIAZ-VALDEZ,<br><br>    Defendant. | 2:13-CR- 152<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JOSE DIAZ-VALDEZ |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JOSE DIAZ-VALDEZ**, #02678458, before the United States Magistrate Judge at Las Vegas, Nevada, on or about _I/A & A/P Fri: 5/3/13 3:00 PM GWF 3A_, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: April 23, 2013

_____
UNITED STATES MAGISTRATE JUDGE

1 DANIEL G. BOGDEN
United States Attorney
2 CHRISTINA D. SILVA
Assistant United States Attorney
3 333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
4 (702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-cr- 152 |
| Plaintiff, | ) | |
| vs. | ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JOSE DIAZ-VALDEZ |
| JOSE DIAZ-VALDEZ, | ) | |
| Defendant. | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JOSE DIAZ-VALDEZ,** #02678458, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **JOSE DIAZ-VALDEZ** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **JOSE DIAZ-VALDEZ** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on____ I/A & A/P Fri: 5/3/13  3:00 PM  GWF  3A  _____, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JOSE DIAZ-VALDEZ** before the United States Magistrate Judge on or about _____ I/A & A/P Fri: 5/3/13  3:00 PM  GWF  3A  _____, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

1  WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
2 Prosequendum issue out of this Court, directed to the Warden, Clark County Detention
3 Center and to the United States Marshal for the District of Nevada, commanding them to
4 produce the said **JOSE DIAZ-VALDEZ**, before the United States District Court on or
5 about _____ I/A & A/P Fri: 5/3/13   3:00 PM   GWF 3A _____, and from time to time and day to day
6 thereafter, at such times and places as may be ordered and directed by the Court entitled
7 above, to appear before the Court, and when excused by the said Court, to be returned to
8 the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.
9  **DATED:** this 23rd day of April, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____
CRISTINA D. SILVA
Assistant United States Attorney

2